

# In the Court of Criminal Appeals of Texas

No. WR-96,045-01

EX PARTE DANNY ABRAHAM SALAS, JR.,

*Applicant*

On Application for Writ of Habeas Corpus
Cause No. 84046-01-D-WR in the 320th District Court
From Potter County

YEARY, J., filed a concurring opinion.

I disagree with the Court's conclusion that Applicant's plea was involuntary. *Ex parte Palmberg*, 491 S.W.3d 804, 809 (Tex. Crim. App. 2016) ("[E]ven if [a] defendant is less well-informed, as long as he has a sufficient awareness of his circumstances—including an awareness that some facts simply remain unknown to him or are undetermined as of the

time of the plea—his potentially unwise plea is still a voluntary one."). However, I do believe Applicant suffered a due process violation that warrants the undoing of his plea. *See Ex parte Warfield*, 618 S.W.3d 69, 75 (Tex. Crim. App. 2021) (Yeary, J., concurring) ("[D]ue process simply will not tolerate the maintenance of a conviction for a greater offense than the facts could possibly support under the controlling penal statute."). With these thoughts, I concur with the Court's result.

**FILED:**                                                                    May 7, 2025
**PUBLISH**